UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WENDY DaCOSTA | : | NO.: 3:12-CV-01011-RNC |
| | : | |
| v. | : | |
| | : | |
| CITY OF DANBURY, MARK BOUGHTON, | : | NOVEMBER 12, 2013 |

## MOTION FOR PROTECTIVE ORDER

Pursuant to Fed. R. Civ. P. 26(c), the Defendants, the **CITY OF DANBURY** ("the City" or "Danbury") and **MARK BOUGHTON** ("the Mayor" or "Mayor Boughton") (hereinafter collectively "the Defendants"), hereby respectfully move this Court to enter an order of protection against the Plaintiff, **WENDY DACOSTA**, and her attorneys, Elisabeth Seieroe Maurer, Esq. and Christopher Avcollie, Esq. of Maurer & Associates, P.C., prohibiting them from disseminating any further information or documents learned and/or obtained through the course of discovery in the instant matter to outside parties, including but not limited to the media. As fully set forth in the attached memorandum of law and incorporated as if fully set forth herein, good cause for such an order exists to protect the privacy rights of third parties to this litigation and prevent the Plaintiff and/or her attorneys from embarrassing those third parties and the Defendants, as well as prevent the Plaintiff and/or her attorneys from litigating the matter in the press, which would impose an undue burden on the Defendants in the litigation of this matter.

Pursuant to Local Rule 37(a), the undersigned certifies that she has made a good faith attempt to meet and confer with Plaintiff's Counsel as described in the Affidavit attached to the memorandum of law (**Exhibit A** and **Exhibits A1-A6**). However, all attempts failed.

WHERFORE, for all those reason set forth above and as more fully set forth in the attached memorandum of law, the Defendants respectfully move that this motion for protective order be granted.

CITY OF DANBURY and MARK BOUGHTON


By_____
   Johanna G. Zelman (ct26966)
   Rose Kallor, LLP
   750 Main Street, Suite 606
   Hartford, CT  06103
   (860) 748-4660
   (860) 241-1547 (Fax)
   E-Mail:  jzelman@rosekallor.com

## **CERTIFICATION**

       This is to certify that a copy of the foregoing was filed electronically to the following counsel and mailed, via first class mail, postage prepaid, to the following pro se plaintiff named below on this 12th day of November, 2013. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Elisabeth Seieroe Maurer
Christopher S. Avcollie
Maurer & Associates, P.C.
871 Ethan Allen Highway, Suite 202
Ridgefield, CT 06877

                                              _____
                                              Johanna G. Zelman