# EXHIBIT FF

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WENDY DaCOSTA | : NO.: 3:12-CV-01011-RNC |
| | : |
| v. | : |
| | : |
| | : |
| CITY OF DANBURY, MARK BOUGHTON | : |

## AFFIDAVIT OF MARK BOUGHTON

I, Mark Boughton, do hereby depose and say:

1. I am over the age of 18 and I believe in the obligations of the oath.

2. I have personal knowledge of all matters contained herein.

3. I am the Mayor for the City of Danbury.

4. Wendy DaCosta is my former Executive Secretary. She served in that position from April 2004 until she was terminated on August 18, 2011.

5. My deposition was taken in the above reference matter on September 17, 2013. I also attended the depositions of Julio Lopez, Sr., my former Deputy Personnel Director, on July 9, 2013 and July 29, 2013, and of Carol DeSantie, my former Director of Personnel, on September 12, 2013.

6. The City of Danbury has received requests pursuant to the Freedom of Information Act from Dirk Perrefort, Political Reporter for the Danbury News Times, seeking copies of all depositions that have been taken in this matter. Danbury is in the process of preparing these depositions for disclosure to Mr. Perrefort pursuant to FOIA and its exemptions, abiding by those exceptions and making redactions accordingly. Once the necessary redactions are complete in accordance with the requirements of FOIA, they will be released to Mr. Perrefort.

7. The City of Danbury also received a request from Mr. Perrefort to attend the deposition of Carol DeSantie.

8. I did not provide any transcripts from any deposition taken in the above referenced case to Dirk Perrefort, Alfonso Robinson or any other reporter from the Danbury News Times or any other media outlet.

## OATH

STATE OF CONNECTICUT)
                                 ) ss: Danbury
COUNTY OF FAIRFIELD  )

I, MARK D. BOUGHTON, do hereby depose and say that I have read the foregoing Affidavit and do hereby verify that the statements contained therein are true and correct to the best of my knowledge and belief.

_____
MARK D. BOUGHTON

Subscribed and sworn to before me this 12th day of November, 2013.

_____
Commissioner of the Superior Court
~~Notary Republic~~
~~My commission expires:~~