UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **Wendy K. DaCosta,** | : |
| Plaintiff | : CASE 3:12-CV-01011-RNC |
| | : |
| V. | : |
| | : |
| **City of Danbury, Mark Boughton, In His Individual Capacity** | : |
| | : |
| | : December 15, 2014 |
| Defendants | : |

## NOTICE OF DISMISSAL BY STIPULATION

Pursuant to Fed.R.Civ.Pro. 41(a)(1)(A)(i) the Plaintiff, Wendy DaCosta, (hereinafter, "DaCosta" or "Plaintiff"), hereby respectfully gives notice to the Court and to all parties and counsel of record that she is voluntarily dismissing all of the Causes of Action alleged in her Third Amended Complaint dated October 5, 2014. This dismissal is with prejudice and is by stipulation of the undersigned parties appearing in this matter.

Dated at Ridgefield, Connecticut, December 12, 2014.

PLAINTIFF,

Wendy K. DaCosta

By: *Christopher S. Avcollie*

1

Christopher S. Avcollie (ct 29034)

Maurer & Associates, PC

871 Ethan Allen Hwy, St.202

Ridgefield, CT 06877

Phone: (203) 438-1388

Fax: (203) 431-0357

cavcollie@maurerandassociates.com

Defendants,

City of Danbury and Mark Boughton

## **CERTIFICATION**

      This is to certify that a copy of the foregoing was filed electronically on this 15th day of December 2014. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

*Christopher S. Avcollie*

Christopher S. Avcollie