UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Wendy K. DaCosta,<br>Plaintiff | CASE 3:12-CV-01011-RNC |
| V. | |
| City of Danbury, Mark Boughton, In His Individual Capacity | |
| | October 29, 2015 |
| Defendants | |

## MOTION FOR RETURN OF PROPERTY

This case was settled and closed in December 2014, and no claim has been made for the $500 Security Deposit, Receipt No. CTXB00002472, posted on October 22, 2012. We respectfully request the court order the Clerk to return the $500 to counsel for the Plaintiff.

PLAINTIFF,

Wendy K. DaCosta

By: _____

Elisabeth Seieroe Maurer (ct 11445)
Maurer & Associates, PC
871 Ethan Allen Highway, Suite 202
Ridgefield, CT 06877
Phone: (203) 438-1388
Fax: (203) 431-0357
emaurer@maurerandassociates.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed via regular mail on this 29th day of October 2015 to the below listed recipient. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

_____
Elisabeth Seieroe Maurer

Recipient(s): Johanna G. Zelman
Rose Kallor LLP
750 Main Street, Suite 606
Hartford, CT 06103
Email: jzelman@rosekallor.com